152 So. 257

### In re J. H. COUNTRYMAN.
### 6 Div. 224.

Supreme Court of Alabama.
June 9, 1933.

Rehearing Denied Oct. 12, 1933.

Rehearing Denied to Bar Commission Dec. 14, 1933.

Oliver D. Street, Sr., of Birmingham, for petitioner.

Jim C. Smith, J. W. Gillon, Jr., W. H. Sadler, Jr., and Frank Bainbridge, all of Birmingham, for appellee.

KNIGHT, Justice.

Affirmed on authority of Ex parte Von L. Thompson, post, p. 113, 152 So. 229.

All the Justices concur.

THOMAS, J., having stated the nature and extent of his dissent in Ex parte Thompson and in Re Fite, ante, p. 4, 152 So. 229, 246, concurs in the foregoing.

#### On Rehearing.

PER CURIAM.

Upon further consideration of this cause, the court is of the opinion that a sentence of suspension of the appellant from the practice of the law for eighteen months from October 12, 1933, is an adequate penalty to be imposed in this case. It will be, and is so ordered.

The judgment of the bar commission is, therefore, modified so as to suspend and restrain the appellant from the practice of the law, as above indicated, and for the time stated.

Judgment modified; application for rehearing overruled.

All the Justices concur.

#### On Application for Rehearing by State Bar Commission.

PER CURIAM.

The judgment in this case is modified in accordance with the opinion of this court in Re Von L. Thompson, post, p. 113, 152 So. 229, rendered on consideration of the application for rehearing by the state bar commission.

All the Justices concur.